# McCARTHY & ASSOCIATES

Attorneys at Law
ONE HUNTINGTON QUADRANGLE
SUITE 2C18
MELVILLE, NEW YORK 11747-4412

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/10/2025
```

JAMES P. McCARTHY  
PATRICK J. MORALE  
JOHN A. CANTON  
MARIANNE ARCIERI  
MICHAEL D. KERN  
ERIN CROWLEY  
SHAUN MALONE  
LISA TARANTO  

TELEPHONE  
(631) 756-2024  

June 10, 2025

Honorable Margaret M. Garnett  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2102  
New York, NY 10007  

RE: UENSAL HISHIS and KATRIN HISHIS, individually and as natural parents and legal guardians of PLAINTIFF, LUCIEN HISHIS, and VOLKAN SANVERDI and LINDA SANVERDI, individually and as natural parents and legal guardians of PLAINTIFF, LENNY SANVERDI v. CAFÉ MOXY, LLC, d/b/a CAFÉ D'AVIGNON  
Index No.: 1:25-cv-2181  
Date of Loss: 12/29/23  

Honorable Margaret M. Garnett:

I represent the defendant, Café Moxy, LLC, d/b/a Café D'Avignon, in the above-captioned matter.

I respectfully request that the initial conference currently scheduled for June 17, 2025 be adjourned to one of the following alternative dates: July 16, 2025; July 17, 2025 or July 18, 2025. The basis for this request is a scheduling conflict, as I am set to begin jury selection in the matter of *Weidner, Michael v. Basser-Kaufman 228, LLC*, pending in Suffolk County Supreme Court under Index No. 600034/2016 on June 17th. This is the first request for an adjournment in this matter. Counsel for the plaintiffs has consented to the proposed adjournment.

Thank you for allowing me to address the Court in connection with this matter.

Very truly yours,

*Michael Kern*

Michael D. Kern

MDK/ds  
mkern@hanover.com  
cc: Urban Thier & Federer, P.A. - Mark J. Kovack, Esq.

Application GRANTED. It is hereby ORDERED that the Initial Pretrial Conference currently scheduled for June 17, 2025, shall be ADJOURNED to **July 17, 2025, at 1:00 p.m.** The conference shall be held in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. The Clerk of Court is respectfully directed to terminate Dkt. No. 20.

SO ORDERED. Date: 6/10/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE