# McCARTHY & ASSOCIATES
### Attorneys at Law
ONE HUNTINGTON QUADRANGLE
SUITE 2C18
MELVILLE, NEW YORK 11747-4412

JAMES P. McCARTHY
PATRICK J. MORALE
JOHN A. CANTON
MARIANNE ARCIERI
MICHAEL D. KERN
ERIN CROWLEY
SHAUN MALONE
LISA TARANTO

TELEPHONE
(631) 756-2024

March 9, 2026

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

RE:     UENSAL HISHIS and KATRIN HISHIS, individually and
        as natural parents and legal guardians of PLAINTIFF,
        LUCIEN HISHIS, and VOLKAN SANVERDI and LINDA
        SANVERDI, individually and as natural parents and legal
        guardians of PLAINTIFF, LENNY SANVERDI v.
        CAFÉ MOXY, LLC, d/b/a CAFÉ D'AVIGNON
        Index No.: 1:25-cv-2181
        Date of Loss: 12/29/23

### Emergency Application to Adjourn March 10 Conference

Honorable Margaret M. Garnett:

I write on behalf of defendant Café Moxy, LLC d/b/a Café D'Avignon to respectfully request an **emergency adjournment** of the conference currently scheduled for **Tuesday, March 10, 2026**. This request is made pursuant to Rule I(B)(5) of Your Honor's Individual Rules & Practices. This application is necessary because counsel Michael Kern is presently experiencing unexpected and significant technology failures. Mr. Kern's replacement computer—scheduled to arrive earlier this week—did not arrive, and as a result he is locked out of his email, Microsoft Teams, and other required systems. He is currently unable to access case materials, communicate electronically with the parties, or participate meaningfully in the scheduled conference.

Given these circumstances, a short adjournment is requested so that Mr. Kern can restore system access and ensure full, effective participation in the proceeding. This is an unforeseen emergency within the meaning of Rule I(B)(5), which provides that, where an emergency arises, counsel should file a letter-motion and then alert Chambers accordingly.

1

March 9, 2026
Page 2

There have been no prior requests for adjournment. Plaintiff's counsel has consented to this request. We respectfully request a brief adjournment. Counsel are available on the following dates: March 16–20, March 23, March 25, and March 26.

We appreciate the Court's consideration of this emergency request and will notify Chambers by email as required once Mr. Kern regains access to functioning systems.

Respectfully submitted,

*Michael Kern/ds*

Michael D. Kern
(631) 294-8999

/ds
cc:  Urban Thier & Federer, P.A. - Mark J. Kovack, Esq

GRANTED.  The post-discovery conference scheduled for March 10, 2026, is hereby ADJOURNED until **March 17, 2026,** at **1:00 p.m.**  The Conference will be conducted via Microsoft Teams.  The public one-touch dial-in for the conference audio is: +1 646-453-4442,,901336422#.  Counsel of record will receive a direct Microsoft Teams link via email in advance of the conference.  The Clerk of Court is respectfully directed to terminate Dkt. Nos. 38 & 39.

SO ORDERED.  Dated March 9, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE